RUTH DANFORTH CAGGIANO *vs.* ALEXANDER MANGANIELLO, executor. January 30, 1964. Decree affirmed. This is a petition to revoke decrees allowing the substituted first and final account of the special administrator of the estate of Aurelio J. Caggiano and the first account of the executor of the will of Caggiano for the purpose of correcting manifest errors. After a hearing, a decree dismissing the petition contained a recital that "there was no fraud or manifest error sufficient to justify the revocation." The report of material facts states that no stenographer was present, or requested, at the hearing on the accounts, from the allowance of which no appeal was taken. There is no report of the evidence. No error appears.

*Paul G. Archambault,* for the petitioner, submitted a brief.

*Samuel Susser* for the respondent.

HERBERT LORD *vs.* BOARD OF SELECTMEN OF WINCHESTER. January 31, 1964. Appeal dismissed. The plaintiff has appealed from the dismissal by the single justice of his petition for the establishment of the truth of his bill of exceptions. "It has long been established that appeal does not lie from a decision of a single justice of the Supreme Judicial Court in a proceeding at law." *Procida* v. *Ianiantuani,* 295 Mass. 479.

*Herbert Lord,* pro se.

No argument or brief for the defendant.

COMMONWEALTH *vs.* JOHN JOSEPH KERRIGAN. February 5, 1964. Appeal dismissed. John J. Kerrigan is before this court upon an appeal from a denial of his motion for a new trial, a petition for a rehearing of his original appeal (*Commonwealth* v. *Kerrigan,* 345 Mass. 508), and a petition for a stay of execution. The judge properly assigned to hear the motion (see *Commonwealth* v. *Gedzium,* 261 Mass. 299, 306–307) for a new trial by virtue of the illness of the trial judge at the time ruled that as a matter of law he had no authority to grant the motion. The motion, based upon newly discovered evidence, was not brought within the time specified by G. L. c. 278, § 29. There was no error in the denial of the motion. *Commonwealth* v. *Rollins,* 242 Mass. 427, 430–434. *Snyder, petitioner,* 284 Mass. 367, 369–370. Following argument and consideration by the court of the subject matter contained in the petition for rehearing, the petition is denied. No further judicial question appearing, the petition for a stay of execution is denied. G. L. c. 279, § 49A.

*William E. O'Halloran* for Kerrigan.

*Richard S. Kelley,* Assistant District Attorney (*Ruth I. Abrams,* Assistant District Attorney, with him), for the Commonwealth.